# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| LEONARD PEGUES, | ) | CASE NO. 1:11-cv-6027 |
| | ) | |
| Plaintiff, | ) | JUDGE BLANCHE M. MANNING |
| | ) | |
| v. | ) | Magistrate Judge Sidney I. Schenkier |
| | ) | |
| ARAMARK and | ) | |
| ARAMARK/GLOBETROTTERS, LLC, | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, Plaintiff Leonard Pegues and Defendants ARAMARK and ARAMARK/Globetrotters, LLC hereby stipulate and agree that this action shall be dismissed in its entirety with prejudice. The parties further stipulate and agree that the parties each shall bear their own costs, expenses, and attorneys' fees.

Accordingly, the parties request that the Court enter the Agreed Order of Dismissal with Prejudice, which has been submitted for the convenience of the Court.

- 2 -

Dated: February 14, 2012				Respectfully submitted,


/s/*Meanith Huon* (per consent)			/s/*Stephen C. Sutton*
Meanith Huon					Stephen C. Sutton (Admitted to this Court)
P. O. Box 441					BAKER & HOSTETLER LLP
Chicago, IL 60690					3200 PNC Center
Telephone: (312) 405-2789				1900 East Ninth Street
Email: huon.meanith@gmail.com			Cleveland, OH 44114-3485
						Telephone: (216) 621-0200
Attorney for Plaintiff				Facsimile: (216) 696-0740
						Email: ssutton@bakerlaw.com

						Local Counsel Designation Under LR 83.15:

						Erin Bolan Hines (6255649)
						BAKER & HOSTETLER LLP
						191 North Wacker Drive, Suite 3100
						Chicago, IL 60606
						Telephone: (312) 416-6200
						Facsimile: (312) 416-6201
						ehines@bakerlaw.com

						Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LEONARD PEGUES, ) | CASE NO. 1:11-cv-6027 |
| ) | |
| Plaintiff, ) | JUDGE BLANCHE M. MANNING |
| ) | |
| v. ) | Magistrate Judge Sidney I. Schenkier |
| ) | |
| ARAMARK and ) | |
| ARAMARK/GLOBETROTTERS, LLC, ) | |
| Defendants. ) | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Upon the Stipulation of Dismissal with Prejudice of the parties Plaintiff Leonard Pegues and Defendants ARAMARK and ARAMARK/Globetrotters, LLC, and for good cause,

IT IS ORDERED that this action is hereby dismissed with prejudice in its entirety and with the parties each to bear their own costs, expenses, and attorneys' fees.

IT IS SO ORDERED.

_____           _____
Date                                                                 THE HONORABLE BLANCHE M. MANNING
                                                                              United States District Court Judge