# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| LEONARD PEGUES, | ) | CASE NO. 1:11-cv-6027 |
| | ) | |
| Plaintiff, | ) | JUDGE BLANCHE M. MANNING |
| | ) | |
| v. | ) | Magistrate Judge Sidney I. Schenkier |
| | ) | |
| ARAMARK and | ) | |
| ARAMARK/GLOBETROTTERS, LLC, | ) | |
| Defendants. | ) | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Upon the Stipulation of Dismissal with Prejudice of the parties Plaintiff Leonard Pegues and Defendants ARAMARK and ARAMARK/Globetrotters, LLC (ECF No. 35), and for good cause,

IT IS ORDERED that this action is hereby dismissed with prejudice in its entirety and with the parties each to bear their own costs, expenses, and attorneys' fees.

IT IS SO ORDERED.

   February 21, 2012  
Date

*Blanche M. Manning*  
THE HONORABLE BLANCHE M. MANNING  
United States District Court Judge